Clint W. Smith (010461)
UDALL SHUMWAY & LYONS, PLC
30 W. 1st Street
Mesa, AZ 85201
(480) 461-5302
(480) 461-2981 (fax)
cws@udallshumway.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>VIVIAN E. EVANS,<br><br>        Debtor.<br><br>―――――――――――――――<br><br>BAC HOME LOANS SERVICING, L.P., fka COUNTRYWIDE HOME LOANS SERVICING, L.P.,<br><br>        Movant,<br><br>vs.<br><br>VIVIAN E. EVANS, Debtor; and Dianne C. Kerns Trustee,<br><br>        Respondents. | Case No.: 09-08016-JMM<br><br>Chapter 7<br><br>RESPONSE TO MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY FILED BY BAC HOME LOANS SERVICING L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, LP |

    Debtor, by and through counsel undersigned, hereby responds to the Motion to Lift the Automatic Stay filed by BAC Home Loans Servicing, L.P., fka Countrywide Home loans Servicing, L.P., ("Movant") concerning the real property located at 398 N. Shadow Rd., Maricopa, Arizona 85239 (the "Property"). The Motion should be denied for the following reasons:

    1.    Movant states that Debtor has not made the post-petition mortgage payments, however, Debtor made the post-petition mortgage payments to Movant in a timely manner over the phone and was given confirmation of the payments. However, some of the payments were never

-1-

credited to the mortgage account, but were returned. Debtor did not know the payments were not taken, and did not understand the bank account status.

2. When Movant was asked by Debtor in a personal telephone call about the payments that have been made by Debtor, Movant told Debtor they were now applying all post-petition payments to pre-petition arrearages, even though Debtor put all pre-petition arrearages into the Chapter 13 Plan.

3. Movant, through its attorneys, has now agreed to enter into a Stipulation with Debtor for payment of the missing mortgage payments.

4. Debtor will continue to make timely mortgage payments to Movant.

WHEREFORE, Debtor respectfully requests that this Court deny the Motion to Lift the Automatic Stay filed by BAC Home Loans Servicing, L.P., fka Countrywide Home loans Servicing, L.P..

RESPECTFULLY SUBMITTED this 14th day of January, 2010.

UDALL SHUMWAY & LYONS, PLC

By /s/
   Clint W. Smith

A copy of the foregoing mailed
this 14th day of January, 2010, to:

Leonard J. McDonald
TIFFANY & BOSCO
2525 E. Camelback Rd., Third Floor
Phoenix, AZ 85016
Attorneys for Movant

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064

US Trustee's Office
230 N. First Ave., Suite 204
Phoenix, AZ 85003

/s/    Stacey Trustee